FILED BY _____ D.C.

05 JUL 14  PM 4: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GLORIA ROGERS,
Individually and as the
Administrator of the Estate
and Succession of WILBERT
KEITH ROGERS,

        Plaintiff,

vs.                               No. 05-2470-B/V

QUENTON WHITE, Commissioner
of the Tennessee Department of
Corrections, DAVID MILLS, Warden
of West Tennessee State Penitentiary,
and UNKNOWN JOHN DOE GUARDS,

        Defendants.

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Mr. Willie J. Nunnery has moved to appear pro hac vice for plaintiff in this

action.   Mr. Nunnery is licensed to practice law in the States of Wisconsin and

Louisiana and is a member in good standing of the United States District Courts in the

Eastern and Western District of Wisconsin and in the Eastern, Middle and Western

Districts of Louisiana.  For good cause shown, that motion is granted.  It is hereby

ordered that Willie J. Nunnery be admitted pro hac vice  and may actively participate in

this action before this court.

        IT IS SO ORDERED.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____ 7-15-05

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

July 14 , 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in
 case 2:05-CV-02470 was distributed by fax, mail, or direct printing on
July 15, 2005 to the parties listed.

---

Willie J. Nunnery
Nunnery Law Offices
802 W. Broadway
#211
Madison, WI 53713--186

Honorable J. Breen
US DISTRICT COURT