IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GLORIA ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-2470-BV |
| | ) | |
| QUENTON WHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER EXTENDING TIME FOR DEFENDANT DAVID MILLS TO ANSWER
OR OTHERWISE PLEAD TO THE COMPLAINT

Before the court is the motion of the defendant David Mills, proceeding *pro se*, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time to answer or otherwise plead to the complaint filed herein. The motion was served on counsel for the plaintiff on August 19, 2005.

For good cause shown, the motion is granted. The time in which the defendant David Mills must answer or otherwise or plead is extended up to and including Monday, September 26, 2005.

IT IS SO ORDERED this 24th day of August, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02470 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

David Mills
WTSP-HENNING
P.O. Box 1150
Henning, TN 38041

Willie J. Nunnery
NUNNERY LAW OFFICES
Chase Building
802 W. Broadway
Ste. 211
Madison, WI 53713

Honorable J. Breen
US DISTRICT COURT