IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GLORIA ROGERS,  )
  )
    Plaintiff,  )
  )
vs.  )  No. 05-2470-BV
  )
QUENTON WHITE, et al.,  )
  )
    Defendants.  )

ORDER EXTENDING TIME FOR DEFENDANT QUENTON WHITE TO ANSWER
OR OTHERWISE PLEAD TO THE COMPLAINT

Before the court is the motion of the defendant Quenton White, for an enlargement of time to answer or otherwise plead to the complaint filed herein. The motion was served on counsel for the plaintiff on August 26, 2005.

For good cause shown, the motion is granted. The time in which the defendant Quenton White must answer or otherwise or plead is extended up to and including Monday, September 26, 2005.

IT IS SO ORDERED this 31st day of August, 2005.

                    DIANE K. VESCOVO
                    UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-1-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02470 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

David Mills
WTSP-HENNING
P.O. Box 1150
Henning, TN 38041

Willie J. Nunnery
NUNNERY LAW OFFICES
Chase Building
802 W. Broadway
Ste. 211
Madison, WI 53713

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT