FILED BY _____ D.C.

05 OCT 12 PM 4: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE-MEMPHIS

GLORIA ROGERS,
INDIVIDUALLY AND AS
THE ADMINISTRATOR OF
THE ESTATE AND
SUCCESSION OF WILBERT
KEITH ROGERS,

       Plaintiff,

          Case No. 05-2470-BV

     v.

QUENTON WHITE
COMMISSIONER
OF THE TENNESSEE
DEPARTMENT OF
CORRECTIONS, DAVID MILLS
WARDEN OF WEST TENNESSEE
STATE PENITENTIARY, AND
UNKNOWN JOHN DOE
GUARDS

       Defendant.

---

## ~~PROPOSED~~ ORDER

Based upon the aboveforementioned Motion, the plaintiff shall have until November 1, 2005 to file their Response to the Defendants' Motion to Dismiss.

Dated this 7th day of October, 2005.

       THE COURT,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-13-05_

(14)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02470 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

David Mills
WTSP-HENNING
P.O. Box 1150
Henning, TN 38041

Willie J. Nunnery
NUNNERY LAW OFFICES
Chase Building
802 W. Broadway
Ste. 211
Madison, WI 53713

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT