IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GLORIA ROGERS, Individually and as
the Administrator of the Estate and
Succession of Wilbert Keith Rogers,

    Plaintiff,

v.                                  No. 05-2470 B

QUENTON WHITE, Commissioner of the
Tennessee Department of Corrections,
DAVID MILLS, Warden of West Tennessee
State Penitentiary, and UNKNOWN JOHN
DOE GUARDS,

    Defendants.

---

ORDER OF REFERENCE

---

Before the Court is the Plaintiffs' Notice and Motion for Leave to Stay a Decision on the Defendants' Motion to Dismiss, filed November 14, 2005. The motion is hereby referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED** this 15th day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02470 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

David Mills
WTSP-HENNING
P.O. Box 1150
Henning, TN 38041

Willie J. Nunnery
NUNNERY LAW OFFICES
Chase Building
802 W. Broadway
Ste. 211
Madison, WI 53713

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT