FILED BY ___ _AC_ D.C.

05 DEC 29 PM 4: 28

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| GLORIA ROGERS, et al., | ) |
| Plaintiff, | ) |
| v. | )  No. 05-2470-BV |
| | ) |
| QUENTON WHITE, et al., | ) |
| Defendants. | ) |

### ORDER

The foregoing motion for extension of time to respond to the plaintiff's discovery having been presented to this Court, it is hereby ORDERED: GRANTED. The defendant shall have until January 23, 2006 to respond, by answer and/or objection to said discovery requests.

IT IS SO ORDERED.

BY THE COURT

_Diane K. Vescovo_
Judge – U.S. Magistrate Judge
December 28, 2005

Approved for Entry

_Pamela Lorch_
Pamela S. Lorch, Bar No. 8968
Senior Counsel
Attorney General's Office
PO Box 20207
Nashville, TN 37202
(615) 532-2500

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-30-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CV-02470 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

David Mills
WTSP-HENNING
P.O. Box 1150
Henning, TN 38041

Willie J. Nunnery
NUNNERY LAW OFFICES
Chase Building
802 W. Broadway
Ste. 211
Madison, WI 53713

Pamela S. Lorch
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT